UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS MEDICAL TECHNOLOGY INC. F/K/A TEXAS MEDICAL CENTER SUPPLY LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A CHUBB COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 2623,<br><br>      Defendants. | Civil Action No. 4:22-cv-04254 |

**DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 2623'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order to Disclose Interested Persons, Defendant Certain Underwriters at Lloyd's, London, Syndicate 2623 provides the following disclosures:

1. Certain Underwriters at Lloyd's, London, Syndicate 2623 ("Beazley") is comprised of a single member, Beazley Underwriting Ltd. Beazley Underwriting Ltd. is a privately held company and is solely owned by Beazley Furlonge Holdings Ltd., a privately held company. Beazley Furlonge Holdings Ltd. is 100% owned by Beazley Group Ltd., which is 100% owned by Beazley plc. Beazley plc is publicly traded on the London Stock Exchange. Beazley has no subsidiary corporations.

2. Syndicate 2623's sole member, Beazley Underwriting Ltd., is a private limited company organized under the laws of England and Wales that maintains its registered office at 22

Bishopsgate, London, United Kingdom, EC2N 4BQ. Therefore, for the purposes of 28 U.S.C. § 1332(a), Beazley is a citizen of the United Kingdom.

3.  Pursuant to the Court's Order to Disclose Interested Persons, Beazley certifies that the following list identifies all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

   a. Plaintiff Texas Medical Technology Inc. f/k/a Texas Medical Center Supply LLC;

   b. Defendant Westchester Surplus Lines Insurance Company;

   c. Defendant Certain Underwriters at Lloyd's, London, Syndicate 2623; and

   d. The members of non-party Beazley Syndicate 623.

Respectfully submitted this 17th day of May, 2023.

/s/ *Howard L. Close*
Howard L. Close
State Bar No. 04406500
Natasha N. Taylor
State Bar No. 24071117
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
close@wrightclosebarger.com
taylor@wrightclosebarger.com

Kevin F. Kieffer (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 622-2739
kevin.kieffer@troutman.com

Thomas S. Hay (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
501 Grant Street, Suite 300
Union Trust Building
Pittsburgh, PA 15219
Telephone: (415) 454-5812
Facsimile: (415) 281-0717
thomas.hay@troutman.com

*Counsel for Defendant Certain Underwriters at Lloyd's, London, Syndicate 2623*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, a copy of the foregoing document was filed electronically through the Court's CM/ECF System, which automatically served all counsel of record with the same:

This 17th day of May, 2023.

/s/ *Howard L. Close*
Howard L. Close