United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TEXAS MEDICAL TECHNOLOGY INC. F/K/A TEXAS MEDICAL CENTER SUPPLY LLC, § § § § § Plaintiff, § § v. § § WESTCHESTER SURPLUS LINES § INSURANCE COMPANY, A CHUBB § COMPANY, AND CERTAIN § UNDERWRITERS AT LLOYDS, LONDON, § SYNDICATE 2623 § § Defendants. | Civil Action No. 4:22-cv-04254 |

## ORDER

Before the Court is the Parties' Joint Motion to Amend. ECF No. 40. Good cause appearing, it is hereby **ORDERED** as follows:

1. The Joint Motion For Entry of Amended Discovery Control Order is **GRANTED**;

2. Plaintiff's deadline for expert reports shall be extended from September 18, 2023 to December 18, 2023;

3. Defendants' deadline for expert reports shall be extended from November 30, 2023 to January 29, 2024;

4. The close of fact discovery shall be extended from November 30, 2023 to February 28, 2024; and

5. The deadline for dispositive motions shall be extended from January 31, 2024 to April 30, 2024.

**IT IS SO ORDERED**.

Signed at Houston, Texas on September 14th, 2023.

_____
The Honorable Keith P. Ellison
UNITED STATES DISTRICT JUDGE