IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL TECHNOLOGY INC. F/K/A TEXAS MEDICAL CENTER SUPPLY LLC, | § § § § § | Civil Action No. 4-22-CV-04254 |
| VS. | § § § | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A CHUBB COMPANY, AND CERTAIN UNDERWRITERS AT LLOYDS LONDON, SYNDICATE 2623 | § § § § § § | |

**AGREED STIPULATION OF DISMISSAL**

Plaintiff, TEXAS MEDICAL TECHNOLOGY INC. F/K/A TEXAS MEDICAL CENTER SUPPLY LLC, and Defendants, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A CHUBB COMPANY, AND CERTAIN UNDERWRITERS AT LLOYDS LONDON, SYNDICATE 2623, hereinafter ("The Parties"), under Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this Agreed Stipulation of Dismissal with Prejudice. The Parties stipulate to the Court that all claims asserted, or that could have been asserted, by the Parties in this suit are dismissed with prejudice.

This Stipulation of Dismissal serves to dismiss all claims asserted by Plaintiff, with prejudice, against WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A CHUBB COMPANY, AND CERTAIN UNDERWRITERS AT LLOYDS LONDON, SYNDICATE 2623. Each Party to bear its own costs, expenses and attorneys' fees.

DATED: January 8, 2024

Respectfully submitted,

*/s/ James Ardoin*

JAMES ARDOIN
State Bar No. 24045420
Email: jimmy@jimmyardoinlaw.com
JIMMY ARDOIN & ASSOCIATES PLLC
4900 Fournace Place, Suite 414
Bellaire, Texas 77401
P: (713) 574-8900
F: (713) 574-1404

GEORGE J. HITTNER
State Bar No. 24038959
S.D. TX No. 431901
Email: george@thehittnergroup.com
THE HITTNER GROUP, PLLC
P.O. Box 541189
Houston, Texas 77254
Phone: (713) 505-1003

Jeremy M. Masten
Texas Bar No. 24083454
jeremy@themastenlawfirm.com
P.O. Box 541411
Houston, Texas 77254
(254) 307-9185

THE SHEENA LAW FIRM
Danny M. Sheena, P.E.
Texas Bar No. 00792830
Jason P. Scofield
Texas Bar No. 24060578
Megan Sheena
Texas Bar No. 24132004
2500 W. Loop South, Suite 518
Houston, Texas 77027
(713) 224-6508 – tel
(713) 225-1560 – fax
service@sheenalawfirm.com

*Counsel for Plaintiff*

2

TROUTMAN PEPPER HAMILTON
SANDERS LLP

/s/ Thomas S. Hay
Thomas S. Hay (admitted pro hac vice)
501 Grant Street, Suite 300
Union Trust Building
Pittsburgh, PA 15219
P: (412) 454-5812
F: (412) 281-0717
thomas.hay@troutman.com

Kevin F. Kieffer (admitted pro hac vice)
5 Park Plaza, Suite 1400
Irvine, CA 92614
P: (949) 622-2708
F: (949) 622-2739
kevin.kieffer@troutman.com

Howard L. Close
State Bar No. 04406500
Natasha N. Taylor
State Bar No. 24071117
close@wrightclosebarger.com
taylor@wrightclosebarger.com
WRIGHT CLOSE & BARGER
One Riverway, Suite 2200
Houston, Texas 77056
P: (713) 572-4321
F: (713) 572-4320

ATTORNEYS FOR CERTAIN
UNDERWRITERS AT LLOYDS
LONDON, SYNDICATE 2623

COZEN O'CONNOR

*/s/ Jonathan Toren*
Jonathan Toren (admitted pro hac vice)
jtoren@cozen.com
999 Third Avenue, Suite 1900
Seattle, WA 98104
P: (206) 340-1000
F: (206) 621-8783

Gregory S. Hudson
State Bar No. 00790929
ghudson@cozen.com
1717 Main Street, Suite 3100
Dallas, TX 75201
P: (214) 462-3000
F: (214) 462-3299

ATTORNEYS FOR WESTCHESTER
SURPLUS LINES INSURANCE
COMPANY