United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TEXAS MEDICAL TECHNOLOGY INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-04254** |
| | § | |
| **WESTCHESTER SURPLUS LINES** | § | |
| **INSURANCE COMPANY**, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The parties in this case have filed an Agreed Stipulation of Dismissal. ECF No. 42. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of January, 2024.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE